IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOSEPH LINDSEY**
**ADC # 132800**                                                              **PLAINTIFF**

v.                          No. 5:14-cv-73-DPM-JTK

RORY GRIFFIN, ADC Medical Director;
CHERRY ANN McGRATH, APN Diagnostic
Unit, ADC; ANGELA STAFFORD, LPN
Diagnostic Unit, ADC; SANYA PEPPERS-DAVIS,
M.D., Tucker Unit, ADC; MAPLES, Sergeant,
Security, Tucker Unit, ADC; CHARLES SCHOCK,
Orthopedic M.D., ADC; JOHN DOE, Corizon
Health Care, Consultant Review Doctor; and
JANE DOE, Tucker Unit Nurse                                              **DEFENDANTS**

### ORDER

The Court declines the recommendation, № 5, so Judge Kearney can address the new allegations in Lindsey's objections, № 7.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 March 2014