IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH LINDSEY
ADC # 132800                                                                  PLAINTIFF

v.                           No. 5:14-cv-73-DPM-JTK

RORY GRIFFIN, ADC Medical Director;
CHERRY ANN McGRATH, APN Diagnostic
Unit, ADC; ANGELA STANFORD, LPN
Diagnostic Unit, ADC; SONYA PEPPERS-DAVIS,
M.D., Tucker Unit, ADC; MAPLES, Sergeant,
Security, Tucker Unit, ADC; CHARLES SCHOCK,
Orthopedic M.D., ADC; ROBERT FLOSS, Corizon
Health Care, Consultant Review Doctor; and
JANE DOE, Tucker Unit Nurse                                                   DEFENDANTS

ORDER

Lindsey has appealed Magistrate Judge Kearney's decision denying his motion for counsel. № 62. Judge Kearney's decision is affirmed because it's neither clearly erroneous nor contrary to settled law. FED. R. CIV. P. 72(a). Lindsey's appeal of Judge Kearney's discovery rulings, № 63, also fails. The Court sees no error of law or abuse of discretion. Magistrate Judges are authorized to handle these preliminary matters. 28 U.S.C. § 636(b)(1)(A); LOCAL RULE 72.1(VII). The Court also declines to remove Judge Kearney: Lindsey's allegations of bias are frivolous. Adverse rulings don't show bias. *Fletcher v. Conoco Pipe Line Co.*, 323 F.3d 661, 665–66 (8th Cir. 2003).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 August 2014