IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH LINDSEY
ADC # 132800                                                                 PLAINTIFF

v.                       No. 5:14-cv-73-DPM-JTK

RORY GRIFFIN, ADC Medical Director;
CHERRY ANN McGRATH, APN Diagnostic
Unit, ADC; ANGELA STANFORD, LPN
Diagnostic Unit, ADC; SONYA PEPPERS-DAVIS,
M.D., Tucker Unit, ADC; MAPLES, Sergeant,
Security, Tucker Unit, ADC; CHARLES SCHOCK,
Orthopedic M.D., ADC; ROBERT FLOSS, Corizon
Health Care, Consultant Review Doctor; and
JANE DOE, Tucker Unit Nurse                                                  DEFENDANTS

ORDER

1. Lindsey appeals Judge Kearney's decision denying his motion for a subpoena of some Health Department records. № 68. The decision is affirmed because it's neither clearly erroneous nor contrary to settled law. FED. R. CIV. P. 72(a). The Court isn't responsible for tracking down Stanford's address. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993).

2. Lindsey's request to amend his complaint to add Corizon Medical Services as a defendant is granted. The Court orders the Clerk to prepare a summons for Corizon Medical Services. The Clerk shall deliver the summons,

together with a copy of the complaint attached, to Humphries, Odum & Eubanks, who represents Corizon. This service is to be made without prepayment of fees and costs or security therefore.

    So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 August 2014