# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOSEPH LINDSEY**
**ADC # 132800**                                                          **PLAINTIFF**

v.                              No. 5:14-cv-73-DPM-JTK

**RORY GRIFFIN, ADC Medical Director;**
**CHERRY ANN McGRATH, APN Diagnostic**
**Unit, ADC; ANGELA STANFORD, LPN**
**Diagnostic Unit, ADC; SONYA PEPPERS-DAVIS,**
**M.D., Tucker Unit, ADC; MAPLES, Sergeant,**
**Security, Tucker Unit, ADC; CHARLES SCHOCK,**
**Orthopedic M.D., ADC; ROBERT FLOSS, Corizon**
**Health Care, Consultant Review Doctor; and**
**JANE DOE, Tucker Unit Nurse**                                           **DEFENDANTS**

## AMENDED ORDER

1. Lindsey appeals Judge Kearney's decision denying his motion for a subpoena of some Health Department records. № 68. The decision is affirmed because it's neither clearly erroneous nor contrary to settled law. FED. R. CIV. P. 72(a). The Court isn't responsible for tracking down Stanford's address. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993).

2. Lindsey's request to amend his complaint to add Corizon Medical Services as a defendant is granted. The Court orders the Clerk to prepare a summons for Corizon Medical Services. The Clerk shall deliver the summons,

together with a copy of the complaint attached, to the U.S. Marshal for service on Humphries, Odum & Eubanks, who represents Corizon. This service is to be made without prepayment of fees and costs or security therefore.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 August 2014