IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH LINDSEY,                                                                                                  PLAINTIFF
ADC #132800

v.                                            5:14CV00073-DPM-JTK

RORY GRIFFIN, et al.                                                                                         DEFENDANTS

## ORDER

Defendants' Motion for Reconsideration of the Court's August 26, 2014 Order (Doc. No. 76) is GRANTED.[1]  The August 26, 2014 Order is hereby modified as follows:

"Plaintiff's Subsequent Motion to Compel (Doc. No. 64) is GRANTED IN PART, and Defendants shall ensure that Plaintiff is provided the opportunity within fifteen days of this Order to review his physical institutional and medical jackets.  In addition, the Clerk shall forward to Plaintiff a copy of Doc. No. 58-1.

Plaintiff's Subsequent Motion to Compel (Doc. No. 64) is DENIED in all other respects."

IT IS SO ORDERED this 2nd day of September, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants' counsel erroneously indicated to the Court in their prior Response (Doc. No. 58) that Plaintiff could review EOMIS and electronic case files.  Counsel states in the present Motion that ADC policy does not permit inmates to review the electronic EOMIS files.