IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH LINDSEY
ADC # 132800                                                              PLAINTIFF

v.                         No. 5:14-cv-73-DPM-JTK

RORY GRIFFIN, ADC Medical Director;
CHERRY ANN McGRATH, APN Diagnostic
Unit, ADC; ANGELA STANFORD, LPN
Diagnostic Unit, ADC; SONYA PEPPERS-DAVIS,
M.D., Tucker Unit, ADC; MAPLES, Sergeant,
Security, Tucker Unit, ADC; CHARLES SCHOCK,
Orthopedic M.D., ADC; ROBERT FLOSS, Corizon
Health Care, Consultant Review Doctor; JANE
DOE, Tucker Unit Nurse; and CORIZON MEDICAL
SERVICES, INC.                                                            DEFENDANTS

## ORDER

Unopposed Recommendation, № 75, adopted. Lindsey's claims against

Schock and Stanford are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

18 September 2014