IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH LINDSEY                                                                                          PLAINTIFF

v.                                          5:14CV00073-DPM-JTK

RORY GRIFFIN, et al.                                                                            DEFENDANTS

## ORDER

Plaintiff Joseph Lindsey originally filed this action pursuant to 42 U.S.C. § 1983 while incarcerated at the Pine Bluff Unit of the Arkansas Department of Correction (ADC) (Doc. No. 2). His Motion to proceed in forma pauperis was granted by Order dated March 4, 2014 (Doc. No. 4). However, Lindsey has since been released from incarceration (Doc. No. 91); therefore, in order to continue the prosecution of this action, he must file an updated Motion to Proceed in forma pauperis. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff Lindsey shall file an updated Motion to Proceed in forma pauperis within fifteen days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of his Complaint. See Local Rule 5.5(c)(2). The Clerk is hereby directed to forward an in forma pauperis application to Plaintiff.

IT IS SO ORDERED this 10th day of October, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1