IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH LINDSEY                                                                            PLAINTIFF

v.                                      No. 5:14-cv-73-DPM-JTK

RORY GRIFFIN, ADC Medical Director;
CHERRY ANN MCGRATH, APN Diagnostic Unit,
ADC; SONYA PEPPERS-DAVIS, M.D., Tucker
Unit, ADC; MAPLES, Sergeant, Security,
Tucker Unit, ADC; ROBERT FLOSS, Doctor, Corizon
Health Care; JANE DOE, Tucker Unit Nurse;
and CORIZON MEDICAL SERVICES, INC.                               DEFENDANTS

ORDER

The Court warned Lindsey on 10 October 2014, № 92, that if he didn't submit an updated motion for leave to proceed *in forma pauperis* in fifteen days, the Court would dismiss his complaint without prejudice. Lindsey has not filed a motion, and the deadline has passed. Lindsey's claims are therefore dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 December 2014