IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH LINDSEY                                                              PLAINTIFF

v.                                      No. 5:14-cv-73-DPM

RORY GRIFFIN, Medical Director, ADC;
CHERRY ANN MCGRATH, APN Diagnostic
Unit, ADC; ANGELA STANFORD, LPN
Diagnostic Unit, ADC; SONYA PEPPERS-DAVIS,
M.D., Tucker Unit, ADC; MAPLES, Sergeant, Security,
Tucker Unit, ADC; CHARLES SCHOCK,
Orthopedic M.D., ADC; ROBERT FLOSS,
Doctor, Corizon Health Care; JANE DOE,
Tucker Unit Nurse; and CORIZON MEDICAL
SERVICES, INC.                                                              DEFENDANTS

## JUDGMENT

Lindsey's claims against all defendants are dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

8 December 2014